UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PATRICIA VESELY

                        Plaintiff,                      20-cv-2725 (PKC)

    -against-

                                                       ORDER

METROPOLITAN TRANSPORTATION
AUTHORITY and LONG ISLAND RAILROAD
COMPANY,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Trial of this matter is set as a backup trial for the week of November 29, 2021 in a courtroom to be announced. There will be a conference on November 23, 2021 at 11:30 A.M. in Courtroom 11D, 500 Pearl Street, New York, New York at which final instructions will be given.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
        August 31, 2021