UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PATRICIA VESELY,

                        Plaintiff,                      20-cv-2725 (PKC)

      -against-                                 ORDER

LONG ISLAND RAILROAD COMPANY,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        This action is set for trial for December 6, 2021 at 9:30 a.m.  The undersigned's individual practices requires a proposed joint pre-trial order that "includes the information required by Rule 26(a)(3), Fed. R. Civ." in addition to certain other information.  It does not appear the parties have provided the information required by Rule 26(a)(3)(A)(i).  Each party shall provide information to the Court by close of business on December 1, 2021.  Failure to comply will result in preclusion of the witness.

        SO ORDERED.

                                                                             P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
           November 30, 2021