UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PATRICIA VESELY,

                Plaintiff,

-against-

                20 cv 2725 (PKC)

LONG ISLAND RAILROAD COMPANY,      VERDICT SHEET

                Defendant.
-----------------------------------------------------------x

1. Has plaintiff Patricia Vesely proven that defendant Long Island Railroad Company was negligent?

      YES __✓__               NO _____

    If your answer is "YES," proceed to Question 2.
    If your answer is "NO" proceed no further and report back to the Court.

2. Did the negligence of defendant Long Island Railroad Company cause, in whole or in part, plaintiff Patricia Vesely's injury?

      YES __✓__               NO _____

    If your answer is "YES," proceed to Question 3.
    If your answer is "NO" proceed no further and report back to the Court.

3. What amount of damages did plaintiff Patricia Vesely sustain as a result of the injury?

    Past pain and suffering, including any resulting from loss of enjoyment of life:
    $ __90,000__

    Future pain and suffering, including any resulting from loss of enjoyment of life:
    $ __110,000__

    Total Damages:
    $ __200,000__

1

4. Has defendant Long Island Railroad Company proven that plaintiff Patricia Vesely was negligent?

YES ✓            NO ____

If your answer is "NO," proceed no further and report back to the Court.
If your answer is "YES," proceed to Question 5.

5. Did plaintiff Patricia Vesely's negligence cause, in whole or in part, her injury?

YES ✓            NO ____

If your answer is "NO," proceed no further and report back to the Court.
If your answer is "YES," proceed to Question 6.

6. What is the percentage of fault of each party in causing the accident?

Defendant Long Island Railroad Company's Percentage of Fault = 23 %

Plaintiff Patricia Vesely's Percentage of Fault = 77 %

(Your Answers Must Total 100%)

Signed: /s/ Darun Johnson
Jury Foreperson

Date: 12/8/2021

After the foreperson has signed and dated the verdict form, advise the Deputy U.S. Marshal that a verdict has been reached.