**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATRICIA VESELY,

                Plaintiff,                    20 **CIVIL** 2725 (PKC)

      -against-                            **JUDGMENT**

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff Patricia Vesely established that the defendant Long Island Railroad Company was negligent and caused her injury and that the amount of damages sustained from the injury was $90,000 for past pain and suffering, including any resulting from loss of enjoyment of life, and $110,000 for future pain and suffering, including any resulting from loss of enjoyment of life; the jury further found that the defendant Long Island Railroad Company had proven that plaintiff Patricia Vesely was negligent and was, in part, a cause of her injury and was 77% of the fault in causing the accident. Accordingly, Plaintiff Patricia Vesely has judgment in the sum of $46,000 as against the defendant Long Island Railroad Company.

**DATED:** New York, New York
             December 8, 2021

                                                                                   **RUBY J. KRAJICK**
                                                       

**So Ordered:**                                                **Clerk of Court**

                                                             **BY:**

             **U.S.D.J.**                                           **Deputy Clerk**